# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Global Engineering & Construction, LLC ) | ASBCA Nos. 60425, 60682 |
| ) | |
| Under Contract No. W912DY-12-D-0013 ) | |

APPEARANCES FOR THE APPELLANT:  Kristin E. Zachman, Esq.
Johnathan M. Bailey, Esq.
 Bailey & Bailey, P.C.
 San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
 Engineer Chief Trial Attorney
Steven W. Feldman, Esq.
Margaret P. Simmons, Esq.
 Engineer Trial Attorneys
 U.S. Army Engineer District, Huntsville

C. Clay Weisenberger, Esq.
 Engineer Trial Attorney
 U.S. Army Engineer District, Little Rock

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  August 12, 2019

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60425, 60682, Appeals of Global Engineering & Construction, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals